# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: MIRABILIS VENTURES, INC.**
**Bankruptcy Case No. 6:08-BK-4327-KSJ**
**Adversary Case No. 6:08-ap-00228-KSJ**

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

-vs-                                              **Case No. 6:09-cv-176-Orl-31**

**JAMES MOORE & COMPANY, P.L., E.**
**JAMES HUTTO,**

        **Defendants.**

## ORDER

This matter comes before the Court on the Motion to Withdraw the Reference (Doc. 2) filed by the Defendants and the response (Doc. 3) filed by the Plaintiff. Since the filing of the motion, an amended complaint has been filed in the underlying adversary proceeding.[1] The motion is predicated on the claims raised in the original pleading, and the filing of an amended complaint therefore renders it moot.

In addition, the amended complaint has not been docketed in the District Court. This Court is not in a position to decide a motion to withdraw the reference without the ability to review the operative pleading. Accordingly, it is hereby

---

[1] A motion to dismiss the amended complaint (Doc. 13) has been docketed in this case, but the plaintiff has not docketed a response.

**ORDERED** that the Motion to Withdraw the Reference (Doc. 2) is **DENIED AS MOOT**. The Defendants may file another such motion, based on the amended complaint, on or before June 29, 2009. Any such motion should be accompanied by a copy of the amended complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 17, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party