**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No. 6:08-BK-4327-KSJ
Adversary Case No. 6:08-ap-00228-KSJ

**MIRABILIS VENTURES, INC.,**

    Plaintiff,

-vs-                Case No. 6:09-cv-176-Orl-31

**JAMES MOORE & COMPANY, P.L., E.**
**JAMES HUTTO,**

    Defendants.

## ORDER

  The Plaintiff shall file a response to the Amended Motion to Withdraw the Reference (Doc. 15) on or before August 21, 2009.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 11, 2009.

                   GREGORY A. PRESNELL
                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party