UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: MIRABILIS VENTURES, INC.
Bankruptcy Case No.: 6:08-BK-4327 KSJ
Adversary Case No.: 6:08-ap-00228-KSJ
_____

MIRABILIS VENTURES, INC.,

                Plaintiff,

-vs-                                        Case No.: 6:09-cv-176-Orl-31DAB

JAMES MOORE & COMPANY, P.L.,
E. JAMES HUTTO

                Defendants.
_____

## NOTICE OF MEDIATION

NOTICE IS HEREBY GIVEN that mediation has been set in the above-referenced case. The mediator will be Jay M. Cohen, Esquire, P.O. Box 2210, Winter Park, Florida 32790, Telephone (407) 644-1181. Mediation will be held at the offices of Grower, Ketcham, Rutherford, Bronson & Eide, 901 N. Lake Destiny Rd., Ste. 450, Maitland, Florida 32751-4886 on Thursday, May 13, 2010 beginning at 9:00 a.m.

Dated: 04/16/10                              /s/ Robert C. Widman_____
                                                    Robert C. Widman
                                                    Florida Bar No.: 0170014
                                                    Counsel for Plaintiff
                                                    MORRIS & WIDMAN, P.A.
                                                    245 N. Tamiami Trail, Ste. E
                                                    Venice, FL  34285
                                                    Telephone: (941) 484-0646
                                                    Facsimile: (941) 496-8870
                                                    E-mail address: widmor48@mwk-law.com

and

Todd K. Norman
Florida Bar No.: 62154
E-mail address: tnorman@broadandcassel.com
Roy S. Kobert
Florida Bar No.: 777153
E-mail address: rkobert@broadandcassel.com
Co-Counsel for Plaintiff
BROAD AND CASSEL
390 North Orange Avenue
Suite 1400
Orlando, Florida 32801
P.O. Box 4961
Orlando, Florida 32802
Telephone: (407) 839-4200
Facsimile: (407) 650-0927

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of April, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system.

s/ Robert C. Widman
Robert C. Widman
Florida Bar No.: 0170014
Attorneys for Plaintiffs
MORRIS & WIDMAN, P.A.
245 N. Tamiami Trail, Ste. E
Venice, FL  34285
Telephone: (941) 484-0646
Facsimile: (941) 496-8870
E-mail address: widmor48@mwk-law.com