UNITED STATES DISRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-bk-04327-KSJ
Adversary Case No. 6:08-ap-228-KSJ

_____/

MIRABILIS VENTURES, INC.,
    Plaintiff,
v.                                    Case No. 6:09-cv-176-Orl-31DAB

JAMES MOORE & CO., P.A., a Florida
Limited liability coporation, and E. JAY
HUTTO, an individual,

    Defendants.
_____/

## NOTICE OF FILING STIPULATION OF DISMISSAL

Plaintiff, **MIRABILIS VENTURES, INC.**, and Defendant, **JAMES MOORE & CO., P.A.**, by and through their undersigned counsel, give notice of filing the Stipulation of Dismissal per this Court's Order to Show Cause why this case should not be dismissed for failure to prosecute.

Dates this 3rd day of February, 2011.

                                      **BROAD AND CASSEL**
                                      Attorneys for Plaintiff
                                      390 North Orange Avenue, Suite 1400
                                      Orlando, Florida 32801
                                      Telephone:    (407) 839-4200
                                      Facsimile:     (407) 425-8377

                                      By:          /s/ Todd K. Norman
                                              Todd K. Norman
                                              Florida Bar No.: 62154
                                              tnorman@broadandcassel.com
                                              Nicolette C. Vilmos, Esquire
                                              Florida Bar No.: 0469051
                                              nvilmos@broadandcassel.com

UNITED STATES DISRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
MIRABILIS VENTURES, INC.,
Bankruptcy Case No. 6:08-bk-04327-KSJ
Adversary Case No. 6:08-ap-228-KSJ

_____/

MIRABILIS VENTURES, INC.,
    Plaintiff,
v.                                             Case No. 6:09-cv-176-Orl-31DAB

JAMES MOORE & CO., P.A., a Florida
Limited liability coporation, and E. JAY
HUTTO, an individual,

    Defendants.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, made applicable by Rule 7041, Federal Rules of Bankruptcy Procedure, Plaintiff Mirabilis Ventures, Inc., and Defendant ~~Ron Sachs Communications, Inc~~ *James Moore & Co., P.A.* jointly file this stipulation of dismissal, with prejudice, based on a settlement that has been reached between the parties.

| | |
|---|---|
| _/s/ Nicolette Vilmos_ | _/s/ Charles J. Meltz_ |
| Nicolette Vilmos, Esq. | Charles J. Meltz, Esq. |
| Florida Bar No 0469051 | Florida Bar No. 985491 |
| **BROAD AND CASSEL** | **GROWER, KETCHAM, RUTHERFORD, BRONSON, EIDE & TELAN, P.A.** |
| Attorneys for Plaintiff Mirabilis Ventures, Inc. | Attorneys for Defendants James Moore & Co., P.L. and E. Jay Hutto |
| 390 North Orange Avenue, Suite 1400 | Post Office Box 391 |
| Orlando, Florida 32801 | Tallassee, Florida 32302 |
| PO Box 4961 (32802-4961) | |
| Telephone: (407) 839-4200 | Telephone: (850) 224-9115 |
| Facsimile: (407) 650-0927 | Facsimile: (850) 222-7560 |

-1-